Matthew D. Pearson (SBN 294302)
Matthew.Pearson@wbd-us.com
Jack F. Altura (SBN 297314)
Jack.Altura@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347

Attorneys for Defendant
SUSSEX PUBLISHERS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

R.C. and D.G., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SUSSEX PUBLISHERS, LLC, and DOES 1-100, inclusive,

Defendants.

Case No.: 3:24-cv-02609-JSC

The Honorable Jacqueline Scott Corley

**DEFENDANT'S STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Action Filed: November 30, 2023
Initial CMC: August 1, 2024

Pursuant to Local Rule 7-3(d)(2), Defendant Sussex Publishers, LLC submits this Statement of Recent Decision in support of its Motion to Dismiss Plaintiff's Second Amended Complaint for Damages.

Attached as Exhibit A is a February 13, 2025 decision by United States District Court Judge Paul A. Engelmayer in *Xu v. Reuters News & Media Inc.*, No. 1:24-cv-02466-PAE, 2025 WL 488501 (S.D.N.Y. Feb. 13, 2025).

Attached as Exhibit B is a February 18, 2025 decision by United States District Court Judge Edgardo Ramos in *Gabrielli v. Insider, Inc.*, No. 1:24-CV-01566-ER, 2025 WL 522515 (S.D.N.Y. Feb. 18, 2025).

In both cases, the plaintiffs alleged, like Plaintiff alleges here, that the defendants had violated the California Invasion of Privacy Act by allowing a third party to collect from the defendants' websites plaintiffs' IP addresses and alleged that, in doing so, the defendants had invaded their privacy. The *Xu* court and the *Gabrielli* court both rejected the plaintiffs' invasion-of-privacy injury-in-fact allegations, finding that IP addresses cannot be used to identify any specific person, including the plaintiffs. *See* Ex. A, *Xu v. Reuters News & Media Inc.*, No. 1:24-cv-02466-PAE, 2025 WL 488501 (S.D.N.Y. Feb. 13, 2025), at p. 10 ("The Complaint does not allege that Reuters collected, from Xu, the type of information that courts have recognized as 'personal'—or indeed, any information other than the IP address of *the device* used by Xu to visit the Website."(emphasis in original)); Ex. B, *Gabrielli v. Insider, Inc.*, No. 1:24-CV-01566-ER (S.D.N.Y. February 18, 2025), at p. 8 ("Not only does an IP address fail to identify the actual individual user, but the geographic information that can be gleaned from the IP address is only 'as granular as a zip code.'").

///

///

///

///

///

///

Respectfully submitted,

Dated: March 3, 2025

**WOMBLE BOND DICKINSON (US) LLP**

By: *<u>/s/ Matthew D. Pearson</u>*
MATTHEW D. PEARSON

*Attorney for Defendant*
SUSSEX PUBLISHERS, LLC