UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUSSEX PUBLISHERS, LLC,<br><br>    Defendant. | Case No. 24-cv-02609-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE THROUGH EARLY SUMMARY JUDGMENT MOTION** |

Following the initial case management conference held on July 30, 2025, the Court ORDERS the following deadlines:

| | |
|---|---|
| Initial Disclosures: | August 22, 2025 |
| Defendant's Summary Judgment Motion: | January 8, 2026 |
| Plaintiffs' Summary Judgment Opposition: | March 12, 2026 |
| Defendant's Summary Judgment Reply: | April 16, 2026 |
| Summary Judgment Hearing: | May 21, 2026 at 10:00 a.m. |

The Court will impose class certification deadlines after summary judgment is decided; however, the deadlines will be guided by the parties' proposals in Docket No. 67. A further case management conference is scheduled for December 3, 2025 at 2:00 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance. The Court will be particularly interested in the status of private mediation.

**IT IS SO ORDERED.**

Dated: July 31, 2025

                     *Jacqueline Scott Corley*
                     JACQUELINE SCOTT CORLEY
                     United States District Judge