UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C., et al., <br><br>        Plaintiffs, <br><br>   v. <br><br> SUSSEX PUBLISHERS, LLC, <br><br>        Defendant. | Case No. 24-cv-02609-JSC <br><br> **ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE** |

As discussed at the further case management conference held on December 3, 2025, the summary judgment schedule is now as follows:

| | |
|---|---|
| Defendant's Summary Judgment Motion: | April 10, 2026 |
| Plaintiff's Summary Judgment Opposition: | June 12, 2026 |
| Defendant's Summary Judgment Reply: | July 17, 2026 |
| Summary Judgment Hearing: | August 7, 2026 at 10:00 a.m. |

The Court will hold a further case management conference on March 4, 2026 at 2:00 p.m. via Zoom video. An updated statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: December 3, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge